THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIO RAMIREZ PEREZ, Appellant.

Argued May 31, 1949; reargument ordered July 19, 1949.

*Rose Rothenberg, James D. C. Murray, Abraham J. Gellinoff* and *Joseph J. Cella* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp* and *Peyton H. Moss* of counsel), for respondent.

Reargument ordered and case set down for reargument during the October, 1949, session.